IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:04-cr-7-SPM-AK

LALANDA PRICE,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 128, Defendant's Motion to Continue Hearing. As grounds for the motion, Defendant's counsel advises that he has out-of-state conflicts on the scheduled date, and all counsel have agreed on a new hearing date. Therefore, having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. The hearing presently scheduled for August 25, 2008, is hereby **CONTINUED and RESCHEDULED** for **October 9, 2008, at 10:00 a.m. in Gainesville, Florida.**

**DONE AND ORDERED** this  *6th*  day of August, 2008.

    *s/ A. KORNBLUM*
    **ALLAN KORNBLUM**
    **UNITED STATES MAGISTRATE JUDGE**