**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                          **CASE NO. 4:04CR7-SPM/AK**

**LALANDA PRICE,**

      **Defendant.**

_____/

## **ORDER**

This cause is before the Court on the Government's Unopposed Motion to Continue evidentiary hearing presently scheduled for October 9, 2008, and to reset hearing. Doc. 133. As grounds for this request, the Government advises that the attorney who represented Defendant and is the subject of the ineffective assistance of counsel claims at issue is unavailable on the date scheduled "due to religious reasons." *Id*. Counsel for Defendant does not oppose this motion, and the parties have provided the Court with alternate dates. The Court will grant the continuance but **cautions the parties that barring exigent circumstances, the hearing will not be continued again.**

Accordingly, it is **ORDERED**:

That the motion to continue, Doc. 133, is **GRANTED**;

That the evidentiary hearing presently scheduled for October 9, 2008, is hereby

**CONTINUED** to **Thursday, November 13, 2008, at 10:00 a.m., in Gainesville, Florida.**

**DONE AND ORDERED** this **26th** day of September, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**