IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:04-cr-00007-SPM-AK

LALANDA PRICE,

    Defendant.
_____/

## ORDER

This matter is before the Court on Doc. 135, Defendant's *pro se* motion to be transferred to a federal correctional institution. Defendant is represented by counsel, and therefore, he may not file documents of his own accord in this case. Furthermore, the matters complained of, e.g., lack of access to legal materials and failure to protect, are not matters suitable for consideration in this action but which may be raised in a *Bivens* action, which is a § 1983 action against federal officials, or a § 1983 action, which may be filed against state officials acting under color of state law. The Clerk will forward the appropriate forms to Defendant. If Defendant believes he is in imminent danger of harm, he should so advise his attorney and allow him to take the necessary action.

Accordingly, it is **ORDERED**:

That the motion to be transferred, Doc. 135, is **DENIED**;

That the Clerk shall forward to Defendant the necessary forms for filing a *pro se* *Bivens*/§1983 action, including the appropriate IFP forms.

**IN CHAMBERS** at Tallahassee, Florida, this  **22nd**  day of October, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**