IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:04cr7-SPM

LALANDA PRICE,

      Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause comes before the Court on the letter (doc. 158) by Lalanda D. Price in proper person, requesting reconsideration of the denial of his 2255 motion. The letter has been treated as a motion for reconsideration.

Northern District of Florida Local Rule 7.1(F) prohibits requests for relief made by letter. Local Rule 11.1(D) prohibits parties represented by an attorney from being heard in proper person.

A notice of appeal has already been filed on Defendant's behalf by his attorney. The Court finds no basis to request the Court of Appeals to remand jurisdiction to this Court, which would be required before the motion for reconsideration could be granted. Lairsey v. Advance Abrasives Co., 542 F.2d 928, 932 (5th Cir. 1976). Based on the foregoing, it is

ORDERED AND ADJUDGED: the motion for reconsideration (doc. 158) is denied.

DONE AND ORDERED this 12th day of April, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge